FLORENCE R. BRABBAN, APPELLANT, v. BENJAMIN & JOHNES, A CORPORATION, RESPONDENT.

Submitted July 8, 1918—Decided November 25, 1918.

On appeal from the Supreme Court, whose opinion is reported in 90 *N. J. L.* 355.

For the appellant, *Wilbur A. Heisley.*

For the respondent, *M. Casewell Heine.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Swayze in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, MINTURN, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, JJ. 9.

*For reversal*—None.